UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE | + | |
| | + | Case No. 15-33508 |
| JOYCE MAY | + | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Comes now Larry Darby and gives notice to this Honorable Court that he represents PAVILION APARTMENT HOMES, Debtor's current landlord, in this cause and requests notice.

Respectfully submitted,

/s/ Larry Darby
Larry E. Darby
Attorney for Creditor

Darby Law Firm, LLC
623 South McDonough Street
Post Office Box 3905
Montgomery, Alabama 36109
Tel 356-3593; Fax 356-6392

### CERTIFICATE OF SERVICE

I certify that the foregoing will be filed electronically and that the attorney for the debtor is listed as a recipient of said filings.

/s/ Larry Darby
Larry E. Darby