The relief described hereinbelow is SO ORDERED

Done this 1st day of February, 2016.



**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**



_____

```
     UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE                               +
                                    +            Case No. 15-33508
JOYCE MAY                           +


                       CONSENT ORDER TERMINATING STAY
```

Pavilion Apartment Homes filed a motion (Document 17) requesting adequate protection with respect to debtor's lease for an apartment. The motion came on for hearing on January 11, 2016. In accordance with the ruling from the bench in open court, the parties were to submit a consent Order.

By agreement of the parties, the lease between the debtor and Pavilion Apartment Homes is terminated and the STAY is TERMINATED to allow Pavilion Apartment Homes to enforce its lien on the property subject to the lease.

END OF ORDER

SUBMITTED BY LARRY DARBY (PAVILION)

CONSENT BY RICHARD SHINBAUM (DEBTOR)