UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: JOYCE MAY
4710 PARKTOWNE WAY APT 233
MONTGOMERY, AL 36116

CASE NO: 15-33508-DHW

Soc. Sec. No. XXX-XX-0970
Debtor.

## INCOME WITHHOLDING ORDER

TO: WORKFORCE OF MONTGOMERY INC
ATTN PAYROLL
300 ARBA ST
MONTGOMERY, AL 36104

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that WORKFORCE OF MONTGOMERY INC withhold from the wages, earnings, or other income of this debtor the sum of **$68.00 WEEKLY** and remit all such funds withheld to:

**CURTIS C REDING, CHAPTER 13 TRUSTEE
15-33508-DHW JOYCE MAY
P O BOX 613108
MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Wednesday, February 3, 2016 .

cc: Debtor
Debtor's Attorney

*/ s / Dwight H. Williams Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge